10-267-pr
Hogan v. Fischer

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

# SUMMARY ORDER

Rulings by summary order do not have precedential effect. Citation to a summary order filed on or after January 1, 2007, is permitted and is governed by Federal Rule of Appellate Procedure 32.1 and this Court's Local Rule 32.1.1. When citing a summary order in a document filed with this Court, a party must cite either the Federal Appendix or an electronic database (with the notation "summary order"). A party citing a summary order must serve a copy of it on any party not represented by counsel.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 22nd day of February, two thousand eleven.

PRESENT:

> JOSÉ A. CABRANES,
> DENNY CHIN,
> > *Circuit Judges*,
> PAUL A. CROTTY,
> > *District Judge.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOHN HOGAN,

> *Plaintiff-Appellant*,

v.                                                                      No. 10-267-pr

BRIAN FISCHER, Commissioner of the New York State Department of Correctional Services, JAMES T. CONWAY, Superintendent, PAUL CHAPPIUS, Deputy Superintendent for Security, EDWIN MENDEZ, Sergeant, CRAIG BALCER, Sergeant, CHRISTOPHER J. ERHARDT, Correction Officer, GARY J. PRITCHARD, Correction Officer, KEVIN J. GEFERT, Correction Officer, NICHOLAS P. LANNI, Correction Officer, NICHOLAS J. PIECHOWICZ, Correction Officer, JOHN DOE #1, Correction Officer, JOHN DOE #2, Correction Officer,

---

* The Honorable Paul A. Crotty, of the United States Court for the Southern District of New York, sitting by designation.

JOHN DOE #3, Correction Officer, JOHN DOE #4, Correction Officer, JOHN DOE #5, Correction Officer, JOHN DOE #6, Correction Officer, JOHN DOE #7, Correction Officer, JANE DOE #1, Nurse, and JANE DOE #2, Nurse,

*Defendants-Appellees.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**FOR APPELLANT:**   John Hogan, *pro se*, Attica Correctional Facility, Attica, NY.

**FOR APPELLEES:**   Robert M. Goldfarb, Assistant Solicitor General (Andrew M. Cuomo, Attorney General, Barbara D. Underwood, Solicitor General, Nancy A. Spiegel, Senior Assistant Solicitor General, *on the brief*), State of New York, New York, NY.

Appeal from an November 19, 2009 order entered in the United States District Court for the Western District of New York (Charles J. Siragusa, *Judge*).

**UPON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the appeal be **DISMISSED** as moot.

Plaintiff-Appellant John Hogan, *pro se* and incarcerated, appeals from the District Court's interlocutory order denying his applications for a preliminary injunction.  We assume the parties' familiarity with the underlying facts, procedural history of the case, and issues on appeal.

As a matter of Article III standing, "in general, an appeal from the denial of a preliminary injunction is mooted by the occurrence of the action sought to be enjoined." *Moore v. Consol. Edison Co. of N.Y.*, 409 F.3d 506, 509 (2d Cir. 2005) (quotation marks omitted).  Here, it is undisputed that Hogan sought to enjoin the defendants to transfer him out of Attica Correctional Facility, and that he has since been granted such a transfer.  Accordingly, this appeal is hereby **DISMISSED** as moot.

FOR THE COURT,
Catherine O'Hagan Wolfe, Clerk of Court